IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DERYKE M. PFEIFER, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 3:20-cv-282-ECM |
| | ) (WO) |
| JUDGE STUART K. SMITH, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

On August 17, 2020, the Magistrate Judge entered a Recommendation (doc. 9) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED for lack of subject matter jurisdiction.

A separate Final Judgment will be entered.

Done this 29th day of September, 2020.

                                          /s/ Emily C. Marks
                                      EMILY C. MARKS
                                      CHIEF UNITED STATES DISTRICT JUDGE